IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LAMOUNT UMEAR BROWN, #R2749                                                        PLAINTIFF

VERSUS                                                  CIVIL ACTION NO.  5:06cv008DCB-JCS

DOLAN WALLER, LEON PERRY, AND THELMA LINDSEY                    DEFENDANTS

**FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal.  As reflected in the Memorandum Opinion of the court issued this day, the plaintiff's claims are not cognizable under 42 U.S.C. § 1983.  Consequently, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), with prejudice, for failure to state a claim upon which relief may be granted and as frivolous.

Since this case is dismissed in accordance with the above mentioned provisions of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).    SO ORDERED AND ADJUDGED, this the 24th day of July, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE